# EXHIBIT 1

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Aug 10 04:51:03 EDT 2018

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Bottom] [Help]

[Logout]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

**SHARI**

| | |
|---|---|
| **Word Mark** | SHARI |
| **Goods and Services** | IC 029. US 046. G & S: glazed fruit; candied fruit; snack mixes consisting primarily of processed fruits, processed nuts, raisins, processed sunflower seeds, dried soybeans, pepitas, and also including sugar. FIRST USE: 19860407. FIRST USE IN COMMERCE: 19860407

IC 030. US 046. G & S: candy. FIRST USE: 19860407. FIRST USE IN COMMERCE: 19860407 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76139442 |
| **Filing Date** | October 2, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A;1B |
| **Published for Opposition** | December 19, 2006 |
| **Registration Number** | **3214419** |
| **Registration Date** | March 6, 2007 |
| **Owner** | (REGISTRANT) TASTE OF NATURE, INC. CORPORATION CALIFORNIA 2828 Donald Douglas, Loop N. Suite A Santa Monica CALIFORNIA 90405 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Jessie K. Reider, CA Bar No. 237,113 |
| **Prior Registrations** | 1748731;1864816 |

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170429. |
| **Renewal** | 1ST RENEWAL 20170429 |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Aug 10 04:51:03 EDT 2018

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start]  List At: [ ]  OR  [Jump]  to record: [ ]    **Record 2 out of 2**

[TSDR] [ASSIGN Status] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | SHARI |
| **Goods and Services** | (CANCELLED) IC 029. US 046. G & S: [ processed nut meats ]. FIRST USE: 19460401. FIRST USE IN COMMERCE: 19460401 |
| | IC 030. US 046. G & S: [glazed or candied fruit;] candy; [ ingredients for candy;] namely, almond bark chips; and snack mixes consisting primarily of - dried fruits, nuts, raisins, sunflowers seeds, soybeans, pepitas and sugar. FIRST USE: 19460401. FIRST USE IN COMMERCE: 19460401 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74374320 |
| **Filing Date** | March 31, 1993 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 6, 1994 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **1864816** |
| **Registration Date** | November 29, 1994 |
| **Owner** | (REGISTRANT) Shari Candies, Inc. CORPORATION MINNESOTA 1804 North Second Street Mankato MINNESOTA 56001 |
| | (LAST LISTED OWNER) TASTE OF NATURE, INC. CORPORATION CALIFORNIA 2828 DONALD DOUGLAS LOOP NORTH, SUITE A Santa Monica CALIFORNIA 90405 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. PARTIAL SECT 8 (6-YR). SECTION 8(10-YR) 20150321. |
| **Renewal** | 2ND RENEWAL 20150321 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY