# EXHIBIT 3

# First Amendment to License Agreement

Taste of Nature, Inc., a California corporation ("Licensor") and Provide Commerce, Inc. (successor in interest to Provide Berries, Inc.), a Delaware corporation ("Licensee") are parties to a February 23, 2011 License Agreement (the "Agreement") and wish to amend the Agreement as stated in this November 21, 2016 first amendment ("First Amendment").  All capitalized terms in this First Amendment shall have the same meaning defined in the Agreement and this First Amendment shall be governed by the Agreement. The provisions of the License that are not expressly modified by this First Amendment shall remain in full force and effect pursuant to their terms.

1. The following text shall be added as Additional Licensed Products to Section 2.2 of the Agreement:

" (i) dried or semi-dried fruit (either dipped or plain);
(j) hot cocoa powder and hot chocolate;
(k) snack mixes (when sold in combination with other Licensed Products or as elements of a gift basket or box);
(l) nut butters; and
(m) Candy (when sold in combination with other Licensed Products or as elements of a gift basket or box)     "

2. Section 1.1(c) of the Agreement is deleted in its entirety and replaced with the following:

"(c) Intentionally Omitted"

3. Section 1.1(p) of the Agreement is amended by deleting the following words:

"Ancillary Candy Products,"

4. The following Proposed New Uses by Licensee are hereby approved by Licensor as Permitted Uses in accordance with Section 2.3 of the Agreement:

(i) Shari's Baked Treats;
(ii) Shari's Baked Goods;
(iii) Shari's Baskets;
(iv) Shari's Gourmet;
(v) Shari's Indulgences;
(vi) Shari's Best Berries;
(vii) Shari's Bliss;
(viii) Shari's Cheesecake;
(ix) Shari's Gift Baskets;
(x) Shari's Gourmet Foods;
(xi) Shari's Gourmet Gifts;
(xii) Shari's Prime;
(xiii) Shari's Snack Baskets;
(xiv) Shari's Snacks;
(xv) Shari's Sweet Shoppe; and
(xvi) Shari's Sweet Shop.

5. Section 2.4(a) of the Agreement is amended by deleting the following words and replacing them as stated below:

"use the Licensed Mark with no intervening language and each word comprising each use of the Licensed Mark with the uses provided for in the Original License Agreement and Settlement Agreement, including Licensee's Mark, and the Permitted Uses pursuant to this Agreement will both be displayed with equal prominence, at all time (e.g. 'Shari's' will be displayed with no intervening language and with equal prominence as 'Sweets')"

The above deleted words from Section 2.4(a) of the Agreement shall be replaced with the following words and Schedule 1 shall be incorporated into the Agreement:

"display the words in the Permitted Uses in relevant prominence to each other with no greater size disparity in the height of the Licensed Mark as the first word compared to the word(s) following the Licensed Mark than shown on the examples contained in

Schedule 1. Any greater disparity than contemplated above shall require the consent of Licensor, which shall not be unreasonably withheld or delayed."

6. Section 4.3 of the Agreement is amended by deleting the following words:

"Licensee shall not use on the Licensed Products, Additional Licensed Products or in connection with the sale thereof, the Licensed Mark or the Licensed Mark with Permitted Use in any manner whatsoever in combination with any other mark primarily associated with Candy, unless otherwise specifically agreed to in advance in writing by Licensor in the exercise of Licensor's sole discretion."

7. As consideration for entering into this First Amendment, Licensee shall pay Licensor a one-time additional License Fee of ▮▮▮▮ within 10 business days of receiving a fully executed copy of this First Amendment. Licensee shall also reimburse Licensor for reasonable attorney's fees to review and negotiate this First Amendment, ▮▮▮▮ Licensor will invoice Licensee for the actual attorney fees and Licensee will pay such invoice within 30 days of receipt.

8. During the period commencing on the effective date of this First Amendment through December 31, 2021, Licensee agrees to purchase, directly or through its affiliates and third party authorized suppliers, a minimum of 15,000 lbs. of Licensor's "Muddy Bears" candy product at a fixed cost of $2.50 per pound *delivered price*. Licensee shall order specific quantities of the Muddy Bears product by submitting written purchase orders ("Purchase Order") to Licensor. Unless the parties mutually agree to other arrangements in writing, each Purchase Order will be for a minimum quantity of 1,500 lbs. of the Muddy Bears product and a maximum of ten (10) Purchase Orders will be placed by Licensee in connection with its obligations under this Section. Unless otherwise agreed upon by the parties, each Purchase Order will be governed by Licensee's Purchase Order Terms and Conditions, a copy of which is attached as Exhibit A hereto and incorporated by this reference. Should Licensor (i) cease producing or materially alter its Muddy Bears product or (ii) materially breach any of the terms of this Agreement or Licensee's Purchase Order Terms and Conditions, Licensee shall be relieved of any future obligation hereunder to purchase the Muddy Bears product or any other product from Licensor and Licensee's obligations under this Section 8 shall be null and void.

9. This First Amendment may be executed by the parties hereto in one or more counterparts, each of which when so executed and delivered shall be an original, but all such counterparts shall together constitute one and the same instrument.

Acknowledged and agreed as of the date first written above.

Provide Commerce, Inc.

Taste of Nature, Inc.

By: *Scott Levin*      By: _____

Name: Scott Levin      Name: _____

Title: EVP & General Counsel      Title: _____

Date: 11-21-16      Date: _____

Schedule 1

