Name and address:
Jeffrey A. Rosenfeld (CA Bar No. 136896)
Alston and Bird LLP
333 South Hope Stree
Los, Angeles, CA 90071
Phone: (213) 576-1000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASTE OF NATURE, INC.<br><br>Plaintiff(s)<br>v.<br>PROVIDE COMMERCE, INC.<br><br>Defendant(s). | CASE NUMBER<br>2:18-CV-06879-R-SS<br><br>ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Saporito, Holly H.    of   Alston and Bird LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    1201 West Peachtree Street

404-881-7000    404-881-7777    Atlanta, Georgia 30309
*Telephone Number*    *Fax Number*

holly.saporito@alston.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Provide Commerce, Inc.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Rosenfeld, Jeffrey A.    of   Alston and Bird LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    333 South Hope Street

136896    213-576-1000    213-576-1100    Los Angeles, CA 90071
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

jeffrey.rosenfeld@alston.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
       ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
       ☐ for failure to complete Application: _____
       ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
       ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
       ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid, ☐ be refunded ☐ not be refunded.

Dated December 12, 2018

U.S. District Judge

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1


American LegalNet, Inc.
www.FormsWorkFlow.com